748 S.E.2d 794

**In the Matter of Marshall U. ROGOL, Respondent.**

Appellate Case No.2013–001821.

No. 2013–001821.

Supreme Court of South Carolina.

Oct. 2, 2013.

ORDER

Respondent is transferred to incapacity inactive status.

/s/Jean H. Toal, C.J.
FOR THE COURT